# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 367 WAL 2014
:
                    Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
                v.              :
:
:
:
DALE PATRICK SLEDGE, :
:
                    Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.